IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, et al. ) ) ) ) Plaintiffs, ) ) v. ) AIRDRONIC TEST & BALANCE, INC. ) ) Defendant. ) | 1:18-cv-102 (LMB/MSN) |

## ORDER

On May 11, 2018, a magistrate judge issued a Report and Recommendation ("Report"), in which he recommended that a default judgment in the total amount of $65,996.91, consisting of $46,590.16 in delinquent payments; $2,668.99 in accrued interest; $9,318.02 in liquidated damages; $315.74 in late fees; $6,454.00 in attorney's fees; and $650.00 in costs be recovered by plaintiffs. The Report placed the parties on notice that any objections had to be filed within fourteen (14) days of receipt of the Report and that failure to file timely objections waived appellate review of any judgment based on the Report. As of June 1, 2018, no objections have been filed.

A review of the Report, case file, and plaintiffs' Motion for Default Judgment with its attachments, accurately states the relevant facts and law. Therefore, the findings and conclusions of the Report are adopted as the Court's findings and conclusions, and on this basis plaintiffs' Motion for Default Judgment is GRANTED, and it is hereby

ORDERED that the plaintiffs' proposed Judgment and Order will be entered.

The Clerk is directed to enter judgment in the plaintiffs' favor pursuant to Fed. R. Civ. P. 55 and forward copies of this Order, along with the Judgment and Order by default to counsel of record for plaintiffs and to defendant at the address listed in the case file.

Entered this 4th day of June, 2018.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge